## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ORLANDO LIZARDO, on behalf of himself and all others similarly situated, <br><br>        Plaintiff, <br><br><br> v. <br><br> ARS NATIONAL SERVICES, INC., JOHN DOES 1-25 and ABC CORP. 1-50, <br>        Defendants. | Civil Docket No.: |

## NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT BASED ON FEDERAL QUESTION JURISDICTION UNDER 28 U.S.C. §§ 1331 AND 1441

Defendant ARS National Services, Inc. ("ARS" or the "Defendant") hereby files this Notice of Removal, pursuant to 28 U.S.C. §§ 1331 and 1441, and removes to the United States District Court for the District of New Jersey, the cause of action currently pending in the Superior Court of New Jersey, Law Division, Essex County, New Jersey, styled *Orlando Lizardo, on behalf of himself and all others similarly situated v ARS National Services, Inc., John Does 1-25 and ABC Corp. 1-50,* Case No. ESX-L-007750-21, on the following grounds:

This Notice of Removal is founded and based upon a federal question pursuant to 28 U.S.C. §§ 1331 and 1441. Plaintiff Orlando Lizardo, on behalf of himself and all others similarly situated ("Plaintiff"), originally filed this civil action on or about October 18, 2021, in the Superior Court of New Jersey, Law Division, Essex County, New Jersey. Plaintiff is seeking monetary damages from the Defendant. As required by 28 U.S.C. § 1446(a), a copy of the process, pleadings, orders and other documents presently contained in the state court file and available for copying are attached to this Notice as **Exhibit 1**.[1]

---

[1] Defendant notes for this Court that on April 30, 2022, the Superior Court of New Jersey, Law Division, Essex County, dismissed the action without prejudice for lack of prosecution. *See* Order of Dismissal in Exhibit 1. However, Defendant files this removal in an abundance of caution as 28 U.S.C. §1446(b) does not address timing of removal if the Order of Dismissal is eventually vacated. Although this procedural situation appears to be rare, in cases involving this similar procedural status, cases have still been removed and then dismissed by Federal Courts. *See* Malloy v. Ocwen Loan Servicing, LLC, No. 3:18-CV-379-G (BH), 2018 WL 5315840, at *5 (N.D. Tex. Oct. 5, 2018), report

**A.    CONSENT TO REMOVAL**

1.    Defendant ARS National Services, Inc. is the only Defendant named.

**B.    TIMELINESS OF REMOVAL**

2.    Defendant was served with process of the Complaint herein on April 4, 2022. Accordingly, this Notice of Removal is timely filed within thirty (30) days of the date of service pursuant to 28 U.S.C. § 1446(b).

**C.    THE VENUE REQUIREMENT IS MET**

3.    Venue of this removal is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division corresponding to the place where the state-court action is pending.

**D.    FEDERAL QUESTION AT ISSUE**

4.    Plaintiff alleges purported Federal claims under the Fair Debt Collection Practices Act ("FDCPA").

5.    Plaintiff's Complaint is removable to the United States District Court for the District of New Jersey because the Complaint presents a federal question.  Specifically, 28 U.S.C. § 1331 provides that "district courts shall have original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States."  *See* 28 U.S.C. § 1331.  Plaintiff's claims provide the basis for this Court's jurisdiction as they have brought suit under the laws of the United States.  Accordingly, ARS is entitled to remove this action in accordance with 28 U.S.C. § 1441(a).

**E.    NOTICE TO PARTIES AND TO THE STATE COURT**

6.    Written notice of the filing of this Notice of Removal is being served on Plaintiff, and a copy of this Notice of Removal is being filed with the Clerk of Court for the Superior Court of New Jersey, Law Division, Essex County, New Jersey, in compliance with 28 U.S.C. 1446(d).

---

and recommendation adopted, No. 3:18-CV-0379-G (BH), 2018 WL 5312839 (N.D. Tex. Oct. 26, 2018) (dismissing the case for lack of subject matter jurisdiction since the case was previously dismissed for lack of prosecution by the state court).

WHEREFORE, ARS respectfully requests that the above-styled action now pending against it in the Superior Court of New Jersey, Law Division, Essex County, New Jersey, be removed to this Court.

/s/ Adria M. Lamba
Adria M. Lamba
NJ Bar # 151762015
HOLLAND & KNIGHT LLP
Cira Centre
2929 Arch Street, Suite 800
Philadelphia, PA 19104
Email: adria.lamba@hklaw.com
Tel: (215) 252-9600
Fax: (215) 867-6070

*Attorney for Defendant*
 *ARS National Services, Inc.*

Dated: May 4, 2022